IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN LYNN PETRARCA, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 1:07-cv-00417-ESH |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Aaron M. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, KAREN LYNN PETRARCA and PIETRO PETRARCA, in the above-referenced matter.

                                    Respectfully submitted,

                                    AARON M. LEVINE & ASSOCIATES

                                    /s/ Aaron M. Levine
                                  AARON M. LEVINE, #7864
                                  1320 19th Street, N.W., Suite 500
                                  Washington, DC  20036
                                  202-833-8040
                                  Fax: 202-833-8046