THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )
KAREN LYNN PETRARCA and              )
PIETRO PETRARCA                      )
21 Regina Drive                      )
West Greenwich, RI 02817             )
                                     )
        Plaintiffs,                  )
                                     )
            vs.                      )   CIVIL ACTION NO. 1:07CV00417 ESH
                                     )
ELI LILLY AND COMPANY                )
Lilly Corporate Center               )
Indianapolis, IN 46285               )
                                     )
        Defendant.                   )
                                     )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Michelle R. Mangrum as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: March 7, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

 /s/ Michelle R. Mangrum
Michelle R. Mangrum, DC Bar No. 473634
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

138219v1

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of March, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

    /s/ Michelle R. Mangrum
**ATTORNEY FOR DEFENDANT**
**ELI LILLY AND COMPANY**