THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* )
KAREN LYNN PETRARCA and )
PIETRO PETRARCA )
21 Regina Drive )
West Greenwich, RI 02817 )
                                                        )
       Plaintiffs, )
)
vs. )    CIVIL ACTION NO. 1:07CV00417 ESH
)
ELI LILLY AND COMPANY )
Lilly Corporate Center )
Indianapolis, IN 46285 )
)
       Defendant. )
)
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Emily J. Laird as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: March 7, 2007

                                              Respectfully Submitted,

                                              SHOOK, HARDY & BACON, L.L.P.

                                              /s/ Emily J. Laird
                                              Emily J. Laird, DC Bar No. 485890
                                              600 14th Street, N.W., Suite 800
                                              Washington, D.C. 20005-2004
                                              (202) 783-8400 Telephone
                                              (202) 783-4211 Facsimile

                                              **ATTORNEYS FOR DEFENDANT**
                                              **ELI LILLY AND COMPANY**

- 2 -

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 7th day of March, 2007, which sent notification of such filing to all counsel of record listed below.
:

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                    /s/ Emily J. Laird
                  **ATTORNEY FOR DEFENDANT**
                  **ELI LILLY AND COMPANY**