THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * * * * * )
KAREN LYNN PETRARCA and                         )
PIETRO PETRARCA                                 )
21 Regina Drive                                 )
West Greenwich, RI 02817                        )
                                                )
       Plaintiffs,                              )
                                                )    CIVIL ACTION NO. 1:07CV00417 ESH
               vs.                              )
                                                )
ELI LILLY AND COMPANY                           )
Lilly Corporate Center                          )
Indianapolis, IN  46285                         )
                                                )
       Defendant.                               )
                                                )
* * * * * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of Judith L. O'Grady as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

Dated: May 8, 2007

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

/s/ Judith L. O'Grady
Judith L. O'Grady, DC Bar No. 494290
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
(202) 783-8400 Telephone
(202) 783-4211 Facsimile

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

139379v1

- 2 -

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 8th day of May, 2007, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C. 20036
**Attorneys for Plaintiff**

                                                /s/ Judith L. O'Grady
                                             **ATTORNEY FOR DEFENDANT**
                                             **ELI LILLY AND COMPANY**

139379v1